UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

COURTNEY E. WAY, Plaintiff,

v. Civil Action No. 3:21-cv-763-DJH-RSE

GLA COLLECTION CO., INC. et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Courtney E. Way having filed a notice of voluntary dismissal with prejudice as to Way's claims against Defendant Trans Union, LLC (Docket No. 19), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Way's claims against Trans Union are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Trans Union, LLC as a defendant in the record of this matter.

This Order does not affect Way's claims against any other defendant.

March 1, 2022

David J. Hale, Judge
United States District Court