IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| COURTNEY WAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:21-cv-00763-DJH-RSE |
| ) | |
| GLA COLLECTION CO., INC. ET AL. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Courtney Way, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and hereby files this Notice of Voluntary Dismissal with prejudice of the above-referenced action against Defendant, Equifax Information Services, LLC ("Equifax"). Plaintiff has resolved her claims against Equifax, and Equifax has not filed an Answer or Motion for Summary Judgment in this action. Each party shall bear her/its own fees.

Respectfully submitted this 2nd day of March, 2022.

HEMMINGER LAW OFFICE, PSC

/s/*David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ David W. Hemminger*
David W. Hemminger
