UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

COURTNEY E. WAY,     Plaintiff,

v.     Civil Action No. 3:21-cv-763-DJH-RSE

GLA COLLECTION CO., INC. et al.,     Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Courtney E. Way having filed a notice of voluntary dismissal with prejudice as to Way's claims against Defendant Equifax Information Services, LLC (Docket No. 21), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Way's claims against Equifax are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC as a defendant in the record of this matter.

This Order does not affect Way's claims against any other defendant.

March 3, 2022

David J. Hale, Judge
United States District Court

1