IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

COURTNEY WAY                                          PLAINTIFF

v.                                             CASE NO.: 3:21-cv-00763-DJH-RSE

GLA COLLECTION CO., INC. et al.                      DEFENDANTS

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Courtney Way, and the Defendant, GLA Collection Co., Inc. ("GLA"), each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against GLA are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

*/s/ David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
Fax 502-873-5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

*/s/William E. Smith, III (with permission)*
William E. Smith, III
Kightlinger & Gray LLP - New Albany
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150
812-949-2300
Fax: 812-949-8556
Email: wsmith@k-glaw.com
*Counsel for Defendant, GLA Collection Co., Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                */s/David W. Hemminger*
                David W. Hemminger