**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| COURTNEY E. WAY, | : | CASE NO. 3:21-cv-00763-DJH-RSE |
| Plaintiff, | : | |
| v. | : | |
| GLA COLLECTION CO., INC., *et al.*, | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | : | |

NOW COMES Plaintiff, Courtney E. Way, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and hereby files this Notice of Voluntary Dismissal with prejudice in the above-referenced action against Defendant, Merchants Adjustment Service, Inc., only. Each party shall bear her/its own fees.

Respectfully submitted this 11th day of May 2022.

        HEMMINGER LAW OFFICE, PSC

        /s/*David W. Hemminger*
        David W. Hemminger
        HEMMINGER LAW OFFICE, P.S.C.
        331 Townepark Circle, Suite 100-C
        Louisville, KY 40243
        Tel: (502) 443-1060
        Fax: (502) 873-530
        Email: hemmingerlawoffice@gmail.com
        *Attorney for Plaintiff, Courtney E. Way*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of May 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                    */s/David W. Hemminger*
                                    David W. Hemminger