UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

COURTNEY E. WAY,                                                                               Plaintiff,

v.                                           Civil Action No. 3:21-cv-763-DJH-RSE

GLA COLLECTION CO., INC. et al.,                                Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Courtney E. Way having filed a notice of voluntary dismissal with prejudice as to Way's claims against Defendant Merchants Adjustment Service, Inc. (Docket No. 28), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Way's claims against Merchants are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Merchants Adjustment Service, Inc. as a defendant in the record of this matter.

This Order does not affect Way's claims against any other defendant.

May 12, 2022

David J. Hale, Judge
United States District Court

1