IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

COURTNEY WAY                                            PLAINTIFF

v.                                            CASE NO.:  3:21-cv-00763-DJH-RSE

GLA COLLECTION CO., INC. et al.                            DEFENDANTS

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Courtney Way, and the Defendant, Experian Information Solutions, Inc. ("Experian"), each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

*/s/ David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
Fax 502-873-5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

*/s/Christopher P. Farris (with permission)*
Christopher P. Farris
Billings Law Firm, PLLC
145 Constitution Street
Lexington, KY 40507
859-225-5240
Fax: 859-225-5241
Email: cpfarris@blfky.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger