UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

COURTNEY E. WAY,  Plaintiff,

v.  Civil Action No. 3:21-cv-763-DJH-RSE

GLA COLLECTION CO., INC. et al.,  Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Courtney E. Way having filed a notice of voluntary dismissal with prejudice as to Defendant Experian Information Solutions, Inc. (Docket No. 30), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)  Way's claims against Experian are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Experian Information Solutions, Inc. as a defendant in the record of this matter.

(2)  All claims having been resolved (*see* D.N. 20; D.N. 22; D.N. 26; D.N. 29), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

May 23, 2022

David J. Hale, Judge
United States District Court